IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CARMELA LYNN JACKSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF INDIANA; STATE OF MONTANA; STATE OF MICHIGAN; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF ARIZONA; STATE OF HAWAIʻI; ERIC HOLCOMB, Governor of Indiana; GREG GIANFORTE, Governor of Montana; GRETCHEN WHITMER, Governor of Michigan; GAVIN NEWSOM, Governor of California; J.B. PRITZKER, Governor of Illinois; KATE HOBBS, Governor of Arizona; JOSH GREEN, Governor of Hawaiʻi; SYLVIA LUKE, Lieutenant Governor of Hawaiʻi; and JAMES LEE BOXLEY,<br><br>Defendants. | Case No. 23-cv-53-DKW-WRP<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

On January 27, 2023, Plaintiff Carmela Lynn Jackson, proceeding *pro se*, filed a Complaint in this Court against several Defendants—the States of Indiana, Montana, Michigan, Illinois, Arizona, and Hawaiʻi, the Governors of those States, the Lieutenant Governor of Hawaiʻi, and a person identified as James Lee Boxley. Dkt. No. 1 ("Complaint"). The Complaint is indecipherable. It identifies the

1

"Treaty of Fort Pitt" in 1778, the "Treaty of Hopewell" in 1785, codes and "micro-governmental" societies—apparently established by defendants—responsible for murdering millions of heterosexuals, the murder of innocent Native Americans,[1] electronic tracking of Plaintiff using "genetically metalloids", and the "bit-switching" of Plaintiff's "frequency", none of which have any apparent relation to one another.  Jackson also filed an application to proceed *in forma pauperis* (IFP). Dkt. No. 3.

Jackson's non-sensical and delusional rants have no place in this Court, and nothing can be done to cure them.  28 U.S.C. § 1915(e)(2)(B); Fed.R.Civ.P. 8(a); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Ashelman v. Pope*, 793 F.2d 1072, 1078 (9th Cir. 1986) (citation omitted) (no opportunity to amend need be permitted where amendment would clearly be futile).  The Complaint is DISMISSED WITH PREJUDICE, the IFP application is DENIED as moot, and the Clerk is instructed to CLOSE this case.

IT IS SO ORDERED.

DATED: February 6, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

---

[1] Even Plaintiff herself claims to have been murdered (Dkt. No. 1 at 5), though it is difficult to see how that could be true, given that she managed to file her complaint, apparently from the beyond.